FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

JUN 2 5 2014

U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
### for the DISTRICT OF WYOMING
#### at YELLOWSTONE NATIONAL PARK

UNITED STATES OF AMERICA,
                    Plaintiff,

   vs.

COMFREY B. JACOBS,
                    Defendant.

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER:  14-PO-110

SUMMER NELSON
Defendant's Attorney

THE DEFENDANT:   pleaded guilty to violation(s) 0655322 .

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Violation Numbers |
|---|---|---|---|
| 36 C.F.R. §2.32(a)(1) | Interfere with agency function | 03/06/2014 | 0655322 |

The defendant is sentenced as provided in pages 2 through 4 of this Judgment.

Violations 0655323 and 0655321 are dismissed with prejudice on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district 10 days prior to any change of residence or mailing address until all fines, donation-restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM No: **N/A**

June 20, 2014
Date of Imposition of Sentence

Mark L. Carman
United States Magistrate Judge

6 - 23 - 2014
Date

DEFENDANT: COMFREY B. JACOBS                                       Judgment-Page 2 of 4
CASE NUMBER: 14-PO-110

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of THREE (3) YEARS.

While on probation, the defendant shall not commit any federal, state, tribal, or local crime.

The defendant shall make special assessment, processing fee, fine, restitution and community service payments as ordered by the Court and is required to notify the Court of any material change in the defendant's economic circumstances that might affect the defendant's ability to meet these monetary obligations.

The defendant shall pay all monetary penalties in full by July 11, 2014.

The defendant is banned from entering the exterior boundaries of Yellowstone National Park for a period of THREE (3) YEARS effective by 5:00 p.m., June 20, 2014.

DEFENDANT: COMFREY B. JACOBS                                         Judgment-Page 3 of 4
CASE NUMBER: 14-PO-110

# FINANCIAL PENALTIES

The defendant shall pay the following total financial penalties in accordance with the schedule of payments set out below.

| Violation/ Location Code | Assessment | Processing Fee | Restitution | Community Service Payment | Fine | Total Amount Due |
|---|---|---|---|---|---|---|
| 0655322/ WYNP | $10.00 | $25.00 | $355.00 | $2,500.00 | $500.00 | $3,390.00 |
| **Totals:** | $10.00 | $25.00 | $355.00 | $2,500.00 | $500.00 | $3,390.00 |

# FINE AND/OR RESTITUTION/COMMUNITY SERVICE PAYMENT

The fine and/or restitution and community service payment includes any costs of incarceration and/or supervision.  The fine is inclusive of all penalties and interest, if applicable.  Restitution is for response, assessment, restoration and monitoring activities for injuries to park system resources.

The defendant shall pay interest on any fine and/or restitution and community service payment of more than $2,500, unless the fine and/or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the below payment options are subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

# RESTITUTION/COMMUNITY SERVICE PAYMENT

The defendant shall make restitution/community service payment to the following persons in the following amounts:

| Name of Payee | Amount of Restitution/Community Service Payment | Priority Order of Payment |
|---|---|---|
| Clerk, US District Court 2120 Capitol Avenue Room 2131 Cheyenne, WY  82001 | $355.00 | |
| Yellowstone Park Foundation Wildlife Protection Fund | $2,500.00 | |

Each restitution/community service payment shall be divided proportionately among the payees named unless specified in the priority payment column above.

DEFENDANT: COMFREY B. JACOBS                                    Judgment-Page 4 of 4
CASE NUMBER: 14-PO-110

---

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) processing fee; (3) restitution/community service payment; (4) fine principal; (5) cost of prosecution; (6) interest; (7) penalties.

The total fine and other monetary penalties shall be due as follows:

**$535.00** in full not later than **July 11, 2014** payable to **Central Violations Bureau, P.O. Box 71363, Philadelphia, PA 19176-1363**. Payment(s) can also be made at www.cvb.uscourts.gov or by calling (800) 827-2982.

**$355.00** in full not later than **July 11, 2014** payable to **Clerk, U.S. District Court, 2120 Capitol Avenue, Room 2131, Cheyenne, WY 82001**. (307) 433-2120

**$2,500.00** in full not later than **July 11, 2014** payable to **Yellowstone Park Foundation Wildlife Protection Fund**, mailed to **U.S. Attorney's Office, Attn: Financial Litigation Unit, PO Box 668, Cheyenne, WY 82003**.